AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JASON R. CRAIG, Rev.,
        Plaintiff

v.                              **Civil Action No. 2:13-CV-92   JVB**

DAVID LANE, Sheriff/Porter County Sheriff's Dept; PORTER COUNTY SHERIFF'S DEPARTMENT (Termed 4/26/2013); KIMBERLY HOUSE, Ex-Medical Director/PCJ; ADVANCED CORRECTIONAL HEALTH CARE, Healthcare Provider/PCJ; MICHELLE HARRIS, Nurse; CASHAN WALKER, Ex-Nurse/PCJ; DAWN MARTIN, Nurse/PCJ; DR. AISHAMI, Jail Doctor/PCJ; JOHN WIDUP, Jail Warden; RON TAYLOR, Captain; and RON GAYDOS, Assistant Warden;
        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other: Judgment is entered in favor of Defendants John Widup, Ron Taylor, Ron Gaydos, Michelle Harris, Kimberly House, Dr. Aishami and Advanced Correctional Health Care. Defendant David Lane is DISMISSED. Plaintiff Jason R. Craig's claims against Defendants Cashan Walker and Dawn Martin remain pending as to failure to provide adequate dental care.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge _____Joseph S. Van Bokkelen_____ on _____Motions for Summary Judgment._____

DATE:_____September 3, 2015_____          ROBERT N. TRGOVICH, CLERK OF COURT

                                            By_____s/C. Reed_____
                                            *Signature of Clerk or Deputy Clerk*